United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 11-10147-ER
Francisco Alons Mendez                                                  Chapter 7
Gloria Yolanda Mendez
        Debtors
                                    **CERTIFICATE OF NOTICE**

District/off: 0973-2          User: llewisC              Page 1 of 2             Date Rcvd: Apr 25, 2011
                              Form ID: van102            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2011.
db/jdb       +Francisco Alons Mendez,   Gloria Yolanda Mendez,   37005 95Th St East,
               Littlerock, CA 93543-1931
smg           Franchise Tax Board,   Bankruptcy Section MS: A-340,   P.O. Box 2952,
               Sacramento, CA  95812-2952
smg           Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA  90053-0200
28287171     +AlliedInterstate,Inc,   3000 Corporate Exchange Dr 5Floor,   Columbus, OH 43231-7689
28287172     +Associated Recovery Systems,   PO Box 463023,   Escondido, CA 92046-3023
28287173     +BAC Home Loans,   Attn: Bankruptcy Department,   CA6-919-01-41,   PO Box 5170,
               Simi Valley, CA 93062-5170
28287175     +Bank Of America BK Div,   P.O. Box 2612  NC4-702-14,   Greensboro, NC 27402-2612
28287174     +Bank of America  c/o BAC,   1825 E Buckeye Rd,   Loan Servicing,   1-800-658-0395,
               Phoenix, AZ 85034-4252
28287176     +Bass & Associates  Coll Agcy,   3935 E Fort Lowell Rd Suite 200,   Tucson, AZ 85712
28287177      Bonded Collection Corporation,   PO Box 1022,   Wixom, MI 48393-1022
28287178      CCCB Credit Svcs  Coll Agcy,   5300 S 6Th Street,   Springfield, IL 62703-5184
28287180      CITI  Master Card,   P.O. Box 6000,   The Lakes, NV 89163-6000
28287179     +Chase Bank USA, N.A. JPMorgan,   300 S. Grand Ave 4Th Floor,   Legal Department,
               Los Angeles, CA 90071-3109
28287181     +Client Services, Inc.,   3451 Harry Truman Blvd,   Saint Charles, MO 63301-9816
28287182     +Creditors Finl. Group,LLC Coll Ag,   P.O. Box 440290,   Aurora, CO 80044-1500
28287184     +Encore Receiv. Mgmt  Coll Agcy,   P.O.Box 3330,   Olathe, KS 66063-3330
28287185      FAMS Mgmt Services  Coll Agcy,   P.O. Box 451409,   Atlanta, GA 31145-9409
28287188      FMA Alliance Ltd,   P.O. Box 2409,   Houston, TX 77252-2409
28287187     +First Source, LLC,   205 Bryant Woods South,   Buffalo, NY 14228-3609
28287189     +Frederick J. Hanna & Associates, PC,   1427 Roswell Road,   Marietta, GA 30062-3668
28287190      Gottschalks  Retail Svcs,   P.O. Box 15521,   Wilmington, DE 19850-5521
28287191     +HSBC  Retail Svcs,   P>O> Box 5244,   Carol Stream, IL 60197-5244
28287192     +Kohls/Chase  Coll Agcy,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
28287194     +MRS Associates, Inc.,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
28287195      NCO Finan Syst Inc. Coll Agcy,   P.O. Box 17080,   Wilmington, DE 19850-7080
28287196      NES  Coll Agcy,   29125 Solon Road,   Solon, OH 44139-3442
28287197     +Northland Group Inc  Coll Agcy,   P.O. Box 390905,   Mail code C5B1,   Minneapolis, MN 55439-0905
28287198     +RPM    Receiv. Coll Acy,   20816 44Th Ave W,   Lynnwood, WA 98036-7799
28287199     +Sears    CBSD,   Po Box 1990,   Tempe, AZ 85280-1990
28287200     +Sears Charge    CitiFinancial,   P.O. Box 6286,   Sioux Falls, SD 57117-6286
28287201     +Victoria Secret  WFFNB,   P.O. Box 182128,   Columbus, OH 43218-2128
28287202      Wells Fargo Financial Cards,   P.O. Box 5943,   Sioux Falls, SD 57117-5943
28287203     +Weltman, Weinberg & Reis Coll Agcy,   323 W. Lakeside Ave Ste 200,   Cleveland, OH 44113-1099
28287204     +West Coast Agencies, Inc.,   PO Box 92829,   Long Beach, CA 90809-2829
28287206     +Wff Cards Coll Agcy,   3201 N 4th Ave,   Sioux Falls, SD 57104-0700
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: itcdbg@edd.ca.gov Apr 26 2011 01:40:05     Employment Development Dept.,
               Bankruptcy Group MIC 92E,   P.O. Box 826880,   Sacramento, CA  94280-0001
28287183      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 26 2011 01:44:52     Discover Financial Services,
               2500 Lake Cook Road,   Deerfield, IL 60015-3851
28287186     +E-mail/Text: data_processing@fin-rec.com Apr 26 2011 01:39:49
               Financial Recovery Services, Inc.,   PO Box 385908,   Minneapolis, MN 55438-5908
28287193     +E-mail/Text: resurgentbknotifications@resurgent.com Apr 26 2011 01:24:08
               Lvnv Funding Llc  Coll Agcy,   Po Box 740281,   Houston, TX 77274-0281
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28287205*    +West Coast Agencies, LLC,   PO Box 92829,   Long Beach, CA 90809-2829
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0973-2          User: llewisC              Page 2 of 2              Date Rcvd: Apr 25, 2011
                              Form ID: van102            Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2011**                    **Signature:**    _Joseph Speetjens_

FormCACB 102 (AO:ch7closedwodischarge)
(10/05)

# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Francisco Alons Mendez
**SSN:** xxx–xx–6137
**EIN:** N/A
aka Francisco Gonzalez
Gloria Yolanda Mendez
**SSN:** xxx–xx–9556aka Gloria Y Castro

37005 95Th St East
Littlerock, CA 93543

**BANKRUPTCY NO.** 2:11–bk–10147–ER
**CHAPTER** 7
aka Gloria Y Castro

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: April 25, 2011

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form rev. 10/05) VAN–102 clsnodsc

**12 / LS2**